**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Hydie Nance

                             Plaintiff,

v.                                      Case No.: 1:20–cv–03004
                                      Honorable Mary M. Rowland

SEIU Healthcare Illinois and Indiana

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 8, 2020:

      MINUTE entry before the Honorable Mary M. Rowland: A notice of stipulated voluntary dismissal (Dkt. [23]) has been filed. This case is dismissed with prejudice, with each party to bear her or its own costs and attorney's fees. Any pending schedules in this case are stricken as moot. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.